IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:12-CR-179-FL-1
Civil No. 5:16-CV-613-FL

| | |
|---|---|
| GUILLERMO BERRELLEZA CASTORENA, | ) ) ) |
| | ) ORDER |
| v. | ) ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |

This matter is before the court on preliminary review of the motion under 28 U.S.C. § 2255 transmitted by petitioner to this court and filed (DE 20). The case number provided on the document is 2:09-CR-919-001 which is a case in the Southern District of Texas. Petitioner addresses the motion with caption to the United States District Court for the Southern District of Texas. He refers in his motion to the Fifth Circuit, which has jurisdiction over appeals from that district. Petitioner does not mention his cases in the Eastern District of North Carolina. Therefore, where petitioner challenges a conviction under 28 U.S.C. § 2255 in the Southern District of Texas, the clerk is DIRECTED to transfer this 2255 matter to the Southern District of Texas for further proceedings.

SO ORDERED, this 30th day of June, 2016.

LOUISE W. FLANAGAN
United States District Judge